NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PAUL ANDREW LEITNER-WISE,**
*Plaintiff-Appellant*

**v.**

**LWRC INTERNATIONAL, LLC, SIG SAUER INC.,**
*Defendants-Appellees*

---

2017-1852

---

Appeal from the United States District Court for the District of Maryland in No. 8:16-cv-02430-GJH, Judge George Jarrod Hazel.

---

**JUDGMENT**

---

MATTHEW AUGUST LEFANDE, Matthew August LeFande Attorney at Law PLLC, Arlington, VA, argued for plaintiff-appellant.

NOAM BARAK FISCHMAN, Polsinelli PC, Washington, DC, argued for defendant-appellee LWRC International, LLC. Also represented by DANIEL JOSEPH DONOHUE.

LAURA CARROLL, Burns & Levinson, LLP, Boston, MA, argued for defendant-appellee Sig Sauer Inc. Also represented by ERIC G.J. KAVIAR.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* MOORE and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 February 12, 2018      /s/ Peter R. Marksteiner
Date        Peter R. Marksteiner
       Clerk of Court